# MAINETTI & MAINETTI P.C.

ATTORNEYS AT LAW
130 NORTH FRONT STREET, SUITE 300
KINGSTON, NEW YORK 12401
(845) 600-0000
FAX (845) 477-1600
WWW.MAINETTI.LAW

ALFRED B. MAINETTI
VICTOR R. MAINETTI (1956-1993)
MICHAEL A. MAINETTI
ALEXANDER E. MAINETTI
MICHAEL J. KAVANAGH

POUGHKEEPSIE
9 MANSION STREET
POUGHKEEPSIE, NY 12601
(845) 600-0000

---

Application granted. Parties to submit infant-compromise order filings by 7/20/20.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: New York, New York
May 15, 2020

---

May 14, 2020

Hon. Philip M. Halpern
United States District Court for the Southern District
300 Quarropas Street
White Plains, NY 10601-4150

Re: Padilla, Giovanni by PNG Angel Padilla vs. Speedway LLC
Docket #: 19-cv-8908 (vb)

Dear Judge Halpern:

The above entitled matter settled at Mediation on April 17, 2020. The deadline to file the Infant's Compromise Petition is May 20, 2020. I am writing to the Court to respectfully request a sixty (60) day adjournment to submit the infants comp petition as due to Covid-19 restrictions Angel Padilla has been unable to diligently meet with banking officials to obtain the highest rate of return for the trust account. Therefore, we are requesting additional time so plaintiff can accomplish this task for the benefit of the infant.

I thank the Court for its consideration in this matter and will await your response.

Very truly yours,

MAINETTI & MAINETTI, P.C.

ALEXANDER E. MAINETTI, ESQ.
AEM: mes
cc: Jacqueline Bushwack