# MAINETTI & MAINETTI P.C.

ATTORNEYS AT LAW
130 NORTH FRONT STREET, SUITE 300
KINGSTON, NEW YORK 12401
(845) 600-0000

ALFRED B. MAINETTI
VICTOR R. MAINETTI (1956-1993)
MICHAEL A. MAINETTI
ALEXANDER E. MAINETTI
MICHAEL J. KAVANAGH

POUGHKEEPSIE
[VISION] STREET
[POUGHKEEP]SIE, NY 12601
(845) 600-0000

> This matter was reassigned to me in March 2020. The application is granted. Parties to submit infant-compromise order filings by 10/26/2020.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: New York, New York
>        September 28, 2020

September 28, 2020

Hon. Vincent L. Briccetti
United States District Court - Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street, Courtroom 620
White Plains, NY 10601-4150

Re: Padilla, Giovanni by PNG Angel Padilla vs. Speedway LLC
Index No.: 19-cv-8908(VB)

Dear Honorable Sir:

I write to the court to respectfully another request for an extension of time to file the Infant's Compromise Petition in regard to the above matter.

I have had back and forth negotiations in regard to the subrogation claim regarding the medical payments and I am awaiting a final answer.

I await the Court's response. Thank you for your time and attention to this matter.

Respectfully submitted,

MAINETTI & MAINETTI, P.C.

ALEXANDER E. MAINETTI, ESQ.
AEM: mes
cc: Bushwack, Jacqueline (Rivkin Radler LLP)